# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

### CRIMINAL NO. 1:04CR80-2

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | **ORDER** |
| PHILLIP LEE LOVELACE | |

FILED
ASHEVILLE, N. C.
MAY - 6 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

**THIS MATTER** is before the Court on the parties' plea agreement, filed October 22, 2004.

**IT IS, THEREFORE, ORDERED** that defense counsel review the attached waiver with the Defendant, obtain the Defendant's signature witnessed by defense counsel or notarized, and file the waiver with the Clerk no later than 24 hours prior to the sentencing hearing scheduled for Thursday, June 2, 2005.

The Clerk of Court shall send a copy of this Order and attached waiver to the United States Attorney.

73

Signed: May 6, 2005

*(signature)*

Lacy H. Thornburg
United States District Judge